## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * |
| | *     **Cr. No.: 4:06-cr-00133** |
| | * |
| **Dustin Gene Loftus,** | * |
| **Defendant.** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Pursuant to the report submitted by U.S. Probation Officer Branden W. Brown, it is ordered that the defendant's motion is denied and that he remain on Supervised Release.**

**Dated this 17th day of June, 2016**

**James E. Gritzner**
**Senior U.S. District Judge**