IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUSTIN GENE LOFTUS,<br><br>    Defendant. | No. 4:06-cr-00133–JEG-CFB<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release (ECF No. 37).  The Government filed a response to the motion, which states the Government has no objection to the request.

It is ordered that Defendant is discharged from his term of Supervised Release, and the proceedings in this case can be terminated.

**IT IS SO ORDERED**.

Dated this 14th day of May, 2018.

_____
JAMES E. GRITZNER, Senior Judge
U.S. DISTRICT COURT